AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Baylson, Michael M. | U.S.D.C. Eastern Dist. Of Pa. | 04/01/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 3810 U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2010 MAY 21 A 11: 35 RECEIVED

Baylson, Michael M.

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 2009 | Penn Law School | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-Employed Physician |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 27-28, 2009 | New York, NY | Annual Judges Dinner | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ameritrade | Margin Loan | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Alcatel-Lucent | | None | J | T | | | | | 2008 Line 52 |
| 2. Cisco Systems Inc. | | None | J | T | | | | | 2008 Line 47 |
| 3. Citigroup Inc. | | None | J | T | Sold (part) | 03/03/09 | J | A | 2008 Line 207 |
| 4. | | | | | Buy (add'l) | 01/15/09 | J | | |
| 5. | | | | | Buy (add'l) | 01/16/09 | J | | |
| 6. | | | | | Buy (add'l) | 03/16/09 | J | | |
| 7. Comcast Corp. Class A | A | Dividend | | | Sold | 11/09/09 | J | A | 2008 line 11 |
| 8. Comcast Corp. Class A Special | A | Dividend | | | Sold | 11/10/09 | J | A | 2008 line 12 |
| 9. CBRX | | None | J | T | Merged (with line 10) | | | | 2008 line 48 |
| 10. Columbia Labs | | None | J | T | | | | | 2008 Line 216 |
| 11. Entercom Communications Corp. | | None | J | T | Buy (add'l) | 03/20/09 | J | | 2008 Line 219 |
| 12. First Niagara Financial Group, Inc. | A | Dividend | J | T | | | | | 2008 Line 45 |
| 13. Intel Corp | A | Dividend | K | T | | | | | 2008 Line 51 |
| 14. LSI Logic | | None | J | T | | | | | 2008 Line 84 |
| 15. Nokia Corp. ADR | A | Dividend | J | T | | | | | 2008 Line 53 |
| 16. Nortel | | None | J | T | | | | | 2008 Line 85 |
| 17. Oncologix Tech Inc. | | None | J | T | Merged (with line 18) | | | | 2008 Line 39 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oncologix Tech Inc. | | None | J | T | | | | | 2008 Line 46 |
| 19. Opko Health Inc. | | None | J | T | | | | | 2008 Line 264 |
| 20. Pennsylvania Real Estate Invst | A | Dividend | J | T | Buy | 03/20/09 | J | | |
| 21. | | | | | Buy (add'l) | 03/23/09 | J | | |
| 22. Pep Boys | A | Dividend | J | T | | | | | 2008 Line 213 |
| 23. Progenics Pharmaceuticals | | None | K | T | Sold (part) | 03/03/09 | K | A | 2008 Line 192 |
| 24. | | | | | Buy (add'l) | 03/17/09 | J | | |
| 25. | | | | | Buy (add'l) | 03/18/09 | J | | |
| 26. | | | | | Buy (add'l) | 03/23/09 | J | | |
| 27. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 28. | | | | | Buy (add'l) | 09/16/09 | J | | |
| 29. | | | | | Buy (add'l) | 11/13/09 | J | | |
| 30. Prologis | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 31. Qualcomm Communications | A | Dividend | K | T | Sold (part) | 03/02/09 | K | A | 2008 Line 54 |
| 32. Qwest Communications International Inc. | A | Dividend | J | T | | | | | 2008 Line 55 |
| 33. Resource Capital Corp | A | Dividend | J | T | Buy | 12/28/09 | J | | |
| 34. Safeguard Scientifics Inc. | | None | K | T | | | | | 2008 Line 56 |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Salix | | None | | | Sold (part) | 09/15/09 | K | A | 2008 line 50 |
| 36. | | | | | Sold (part) | 09/16/09 | K | A | |
| 37. | | | | | Sold (part) | 10/14/09 | J | A | |
| 38. | | | | | Sold (part) | 11/05/09 | J | A | |
| 39. | | | | | Sold (part) | 11/23/09 | J | A | |
| 40. | | | | | Sold | 11/24/09 | K | A | |
| 41. Sun Microsystems Inc. | | None | J | T | | | | | 2008 Line 66 |
| 42. Taro | | None | J | T | | | | | 2008 Line 86 |
| 43. Teva | A | Dividend | K | T | Sold (part) | 02/27/09 | L | E | 2008 Line 87 |
| 44. Unisys Corp. | | None | J | T | | | | | 2008 Line 220 |
| 45. Washington Mutual | A | Dividend | J | T | | | | | 2008 Line 82 |
| 46. Worldcom Inc. | | None | | | Closed | 01/01/09 | J | | 2008 Line 67 (See sec VIII) |
| 47. I-H Inc. | | None | | | Closed | 01/01/09 | J | | 2008 Line 17 (See sec VIII) |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. International Business Machines | C | Dividend | M | T | | | | | 2008 Line 21 |
| 51. Verizon Communications | D | Dividend | M | T | | | | | 2008 Line 2 |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walmart De Mexico SA Sponsored ADR | A | Dividend | J | T | | | | | 2008 Line 34 |
| 53. | | | · | | | | | | |
| 54. | | | | | | | | | |
| 55. General Motors Corp. | A | Dividend | | | Merged (with line 56) | | | | 2008 Line 19 |
| 56. General Motors Corp. Class H New | | None | J | T | | | | | 2008 Line 20 |
| 57. Prologis Trust SBI | A | Dividend | J | T | | | | | 2008 Line 31 |
| 58. TPI Enterprise, Inc. | | None | J | T | | | | | 2008 Line 32 |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. CMF Money Market Portfolio | | None | J | T | | | | | 2008 Line 38 |
| 62. AT&T Corp. | A | Dividend | J | T | Sold (part) | 03/20/09 | J | A | 2008 Line 6 |
| 63. | | | | | Sold (part) | 03/27/09 | J | A | |
| 64. | | | | | Sold (part) | 04/02/09 | K | A | |
| 65. Bank of America | A | Dividend | K | T | | | | | 2008 Line 7 |
| 66. BP Plc Sponsored ADR | B | Dividend | K | T | | | | | 2008 Line 8 |
| 67. Conoco Inc. Class B | A | Dividend | K | T | | | | | 2008 Line 13 |
| 68. Comcast Corp Class A | A | Dividend | | | Sold | 11/13/09 | J | A | 2008 line 40 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm.dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Comcast Corp. Class A Special | A | Dividend | | | Sold | 11/13/09 | J | A | 2008 line 41 |
| 70. Equifax Inc. | A | Dividend | K | T | | | | | 2008 Line 15 |
| 71. Exelon Corp. | C | Dividend | L | T | | | | | 2008 Line 16 |
| 72. Fidelity National Information Services | A | Dividend | J | T | | | | | 2008 Line 9 |
| 73. General Electric Co. | B | Dividend | L | T | | | | | 2008 Line 18 |
| 74. J.P. Morgan Chase & Co. Common New | A | Dividend | K | T | | | | | 2008 Line 22 |
| 75. LPS Inc. | A | Dividend | J | T | Spinoff (from line 72) | | | | |
| 76. PNC Financial Services Corp. | A | Dividend | K | T | Merged (with line 77) | | | | 2008 Line 28 |
| 77. PNC Financial Services Corp. | A | Dividend | J | T | | | | | 2008 Line 43 |
| 78. NCR Corp. | | None | J | T | | | | | 2008 Line 27 |
| 79. Teradata | | None | J | T | Spinoff (from line 78) | | | | |
| 80. Wells Fargo (Perviously Wachovia Corp. 2nd) | A | Dividend | J | T | | | | | 2008 Line 33 |
| 81. Western Digital Corp. Del | | None | J | T | | | | | 2008 Line 35 |
| 82. Franklin Mutual Ser Fund Inc. | A | Dividend | K | T | Buy (add'l) | 12/10/09 | K | | 2008 Line 36 |
| 83. Henderson International Opportunities Fund | A | Dividend | L | T | Buy | 12/10/09 | K | | |
| 84. Munder Funds Inc. Netnet Fund Class C | | None | J | T | | | | | 2008 Line 37 |
| 85. | | | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. Exxon Mobil Corp. | A | Dividend | | | Sold (part) | 02/26/09 | J | A | 2008 Line 1 |
| 88. | | | | | Sold | 03/13/09 | J | A | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. Command Money Fund | A | Interest | J | T | | | | | 2008 Line 5 |
| 92. Alcatel-Lucent | | None | J | T | | | | | 2008 Line 24 |
| 93. Delphi Automotive Systems Corp. | | None | | | Sold | 11/04/09 | J | A | 2008 Line 14 |
| 94. Idearc Inc. | | None | J | T | | | | | 2008 Line 184 |
| 95. MHM Services Inc. | | None | J | T | | | | | 2008 Line 25 |
| 96. Keycorp. New | | None | J | T | | | | | 2008 Line 23 |
| 97. Viacom Inc. Class B | | None | | | Closed | 01/01/09 | J | | 2008 Line 3(See sec VIII) |
| 98. Motorola Inc. | | None | | | Closed | 01/01/09 | J | | 2008 Line 26(See sec VIII) |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. MSIF Global Franchise Portfolio | A | Dividend | J | T | Buy | 10/02/09 | J | | |
| 102. MSIF US Mid Cap Value | A | Dividend | K | T | Buy | 10/02/09 | K | | |

1. Income Gain Codes (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A =$1,000 or less
F =$50,001 - $100,000
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
Q – Appraisal
U – Book Value

B =$1,001 - $2,500
G =$100,001 - $1,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000

R – Cost (Real Estate Only)
V – Other

C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 – More than $50,000,000
S – Assessment
W – Estimated

D =$5,001 - $15,000
H2 –More than $5,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

E =$15,001 - $50,000

T – Cash Market

C.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 103. | MSIF Global Real Estate | A | Dividend | J | T | | | | 2008 line 186 |
| 104. | MSIF Active Intl Allocation | B | Dividend | K | T | | | | 2008 line 188 |
| 105. | MSIF Emerging Mkts | A | Dividend | J | T | | | | 2008 line 190 |
| 106. | MSIF US Small Cap Value(Formerly MSDW UGMA Small Cap) | | None | K | T | | | | 2008 Line 80 |
| 107. | MSIF Mid Cap Growth (Formerly MSDW UGMA Mid Cap Growth) | A | Dividend | K | T | | | | 2008 Line 81 |
| 108. | MSIF Large Cap Relative Value (Formerly MSDW UGMA Equity) | A | Dividend | K | T | | | | 2008 Line 79 |
| 109. | MSIF Systematic Active Small | | None | | | Sold | 01/01/09 | K | A | 2008Line 187(See sec VIII) |
| 110. | MSIF International Magnum | | None | | | Sold | 01/01/09 | K | A | 2008Line 191(See sec VIII) |
| 111. | | | | | | | | | | |
| 112. | | | | | | | | | | |
| 113. | Schwab Adv Cash Reserve - Brokerage #1 | A | Dividend | J | T | | | | 2008 line 92 |
| 114. | | | | | | | | | | |
| 115. | | | | | | | | | | |
| 116. | Schwab Adv Cash Reserve - IRA #1 | B | Dividend | K | T | | | | 2008 line 117 |
| 117. | Schwab Value Advantage - IRA #1 | D | Dividend | N | T | | | | 2008 line 118 |
| 118. | Adams Harkness Small Cap Growth - IRA #1 | | None | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 120 |
| 119. | | | | | | Sold (part) | 12/23/09 | J | A | |

1 Income Gain Codes    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2 Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3 Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BlackRock Low Duration - IRA #1 | D | Dividend | N | T | Buy | 04/30/09 | L | | |
| 121. | | | | | Buy (add'l) | 07/30/09 | L | | |
| 122. | | | | | Buy (add'l) | 11/04/09 | M | | |
| 123. Brandywine Fund - IRA #1 | | None | L | T | Sold (part) | 11/04/09 | K | A | 2008 line 121 |
| 124. DFA Emerging Mkts - IRA #1 | B | Dividend | L | T | Sold (part) | 10/13/09 | J | B | 2008 line 122 |
| 125. | | | | | Sold (part) | 11/04/09 | K | D | |
| 126. | | | | | Sold (part) | 12/23/09 | J | B | |
| 127. DFA Intl Small Value - IRA #1 | B | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 123 |
| 128. | | | | | Sold (part) | 11/04/09 | K | A | |
| 129. DFA Intl Value - IRA #1 | C | Dividend | M | T | Sold (part) | 11/04/09 | J | A | 2008 line 125 |
| 130. DFA One Year Fixed Income - IRA #1 | C | Dividend | N | T | Buy (add'l) | 11/04/09 | L | | 2008 line 119 |
| 131. | | | | | Sold (part) | 07/30/09 | M | B | |
| 132. | | | | | Sold (part) | 12/23/09 | J | A | |
| 133. DFA US Large Value - IRA #1 | B | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 126 |
| 134. | | | | | Sold (part) | 11/04/09 | K | A | |
| 135. | | | | | Sold (part) | 12/23/09 | J | A | |
| 136. DFA US Micro - IRA #1 | A | Dividend | K | T | Sold (part) | 12/23/09 | J | A | 2008 line 128 |

1. Income Gain Codes  (See Columns B1 and D4)    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
   F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes  (See Columns C1 and D3)    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
   N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes  (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
   U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DFA US Small Value - IRA #1 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 127 |
| 138. | | | | | Sold (part) | 11/04/09 | J | A | |
| 139. | | | | | Sold (part) | 12/23/09 | J | A | |
| 140. Dodge & Cox Stock - IRA #1 | A | Dividend | L | T | | | | | 2008 line 129 |
| 141. First Eagle Overseas - IRA #1 | B | Dividend | L | T | Sold (part) | 11/04/09 | K | A | 2008 line 130 |
| 142. Hotchkis & Wiley Large Value - IRA #1 | B | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 131 |
| 143. | | | | | Sold (part) | 11/04/09 | J | A | |
| 144. | | | | | Sold (part) | 12/23/09 | J | A | |
| 145. Hotchkis & Wiley Mid Value - IRA #1 | A | Dividend | L | T | Sold (part) | 11/04/09 | J | A | 2008 line 133 |
| 146. | | | | | Sold (part) | 12/23/09 | J | A | |
| 147. Janus Fund - IRA #1 | A | Dividend | L | T | Sold (part) | 12/23/09 | J | A | 2008 line 142 |
| 148. Janus Mid Cap Value - IRA #1 | A | Dividend | K | T | Sold (part) | 11/04/09 | J | A | 2008 line 132 |
| 149. Janus Overseas - IRA #1 | B | Dividend | L | T | Sold (part) | 11/04/09 | K | B | 2008 line 134 |
| 150. | | | | | Sold (part) | 12/23/09 | J | B | |
| 151. Metropolitan West Total Return - IRA #1 | C | Dividend | M | T | Buy | 07/30/09 | M | | |
| 152. | | | | | Buy (add'l) | 11/04/09 | L | | |
| 153. Morgan Stanley Emerging Mkts - IRA #1 | A | Dividend | L | T | Sold (part) | 10/13/09 | J | A | 2008 line 135 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R =Cost (Real Estate Only) | S - Assessment | T Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/04/09 | K | A | |
| 155. Morgan Stanley Intl Eqty Fund - IRA #1 | C | Dividend | M | T | Sold (part) | 11/04/09 | K | A | 2008 line 136 |
| 156. | | | | | Sold (part) | 12/23/09 | J | A | |
| 157. Royce Opportunity - IRA #1 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 139 |
| 158. | | | | | Sold (part) | 11/04/09 | J | A | |
| 159. Royce Value Plus - IRA #1 | | None | K | T | Sold (part) | 11/04/09 | J | A | 2008 line 140 |
| 160. Third Ave Intl Value - IRA #1 | A | Dividend | L | T | | | | | 2008 line 124 |
| 161. Thornburg Intl Value - IRA #1 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 141 |
| 162. Turner Core Growth - IRA #1 | A | Dividend | L | T | Sold (part) | 11/04/09 | K | A | 2008 line 143 |
| 163. | | | | | Sold (part) | 12/23/09 | J | A | |
| 164. Turner Small Cap Equity - IRA #1 | A | None | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 138 |
| 165. | | | | | Sold (part) | 12/23/09 | J | A | |
| 166. Westcore Intl Frontier - IRA #1 | A | Dividend | K | T | Sold (part) | 11/04/09 | J | A | 2008 line 144 |
| 167. Westcore Mid Cap Value - IRA #1 | A | Dividend | L | T | Sold (part) | 11/04/09 | J | A | 2008 line 145 |
| 168. | | | | | Sold (part) | 12/23/09 | J | A | |
| 169. Westcore MIDCO Growth - IRA #1 | | None | L | T | Sold (part) | 12/23/09 | J | A | 2008 line 146 |
| 170. William Blair Intl Growth - IRA #1 | A | Dividend | L | T | Sold (part) | 11/04/09 | J | A | 2008 line 147 |

| 1 Income Gain Codes | A -$1,000 or less | B -$1,001 - $2,500 | C -$2,501 - $5,000 | D -$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F -$50,001 - $100,000 | G -$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J -$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M -$100,001 - $250,000 | |
| (See Columns C1 and D3) | N -$250,001 - $500,000 | O -$500,001 - $1,000,000 | P1 -$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 -$25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R -Cost (Real Estate Only) | S - Assessment | T -Cash Market | |
| (See Column C2) | U - Book Value | V -Other | W -Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. William Blair Intl Small Cap Growth - IRA #1 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 148 |
| 172. William Blair Large Cap Growth - IRA #1 | A | Dividend | L | T | Sold (part) | 12/23/09 | J | A | 2008 line 149 |
| 173. William Blair Mid Cap Growth - IRA #2 | | None | K | T | Buy | 04/30/09 | J | | |
| 174. | | | | | Buy (add'l) | 11/04/09 | K | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. Schwab Adv Cash Reserve - IRA #2 | A | Dividend | K | T | | | | | 2008 line 150 |
| 178. Schwab Value Advantage - IRA #2 | D | Dividend | M | T | | | | | 2008 line 151 |
| 179. Adams Harkness Small Cap Growth - IRA #2 | B | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 153 |
| 180. BlackRock Low Duration - IRA #2 | C | Dividend | M | T | Buy | 04/30/09 | L | | |
| 181. | | | | | Buy (add'l) | 07/30/09 | L | | |
| 182. Brandywine Fund - IRA #2 | | None | L | T | | | | | 2008 line 154 |
| 183. DFA Emerging Mkts - IRA #2 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 155 |
| 184. DFA Intl Small Value - IRA #2 | B | Dividend | L | T | | | | | 2008 line 156 |
| 185. DFA Intl Value - IRA #2 | C | Dividend | M | T | | | | | 2008 line 158 |
| 186. DFA One Year Fixed Income - IRA #2 | C | Dividend | M | T | Sold (part) | 07/30/09 | M | | 2008 line 152 |
| 187. DFA US Large Value - IRA #2 | B | Dividend | M | T | Buy (add'l) | 04/30/09 | J | | 2008 line 159 |

| 1. Income Gain Codes (See Columns B1 and D4) | A - $1,000 or less | B - $1,001 - $2,500 | C - $2,501 - $5,000 | D = $5,001 - $15,000 | E - $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J - $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N - $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T = Cash Market | |
| | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. DFA US Small Value - IRA #2 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 160 |
| 189. DFA US Micro - IRA #2 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 161 |
| 190. First Eagle Overseas - IRA #2 | B | Dividend | L | T | | | | | 2008 line 162 |
| 191. Hotchkis & Wiley Large Value - IRA #2 | B | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 164 |
| 192. Hotchkis & Wiley Mid Value - IRA #2 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 166 |
| 193. Janus Mid Cap Value - IRA #2 | A | Dividend | K | T | | | | | 2008 line 165 |
| 194. Janus Fund - IRA #2 | A | Dividend | L | T | | | | | 2008 line 177 |
| 195. Janus Overseas - IRA #2 | A | Dividend | L | T | | | | | 2008 line 167 |
| 196. Metropolitan West Total Return Bond I - IRA # 2 | C | Dividend | M | T | Buy | 07/30/09 | M | | |
| 197. Morgan Stanley Emerging Mkts - IRA #2 | A | Dividend | L | T | | | | | 2008 line 168 |
| 198. Morgan Stanley Intl Eqty Fund - IRA #2 | C | Dividend | M | T | | | | | 2008 line 169 |
| 199. Royce Opportunity - IRA #2 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 173 |
| 200. Royce Value Plus - IRA #2 | | None | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 174 |
| 201. Sound Shore - IRA #2 | A | Dividend | L | T | | | | | 2008 line 170 |
| 202. Third Ave Intl Value - IRA #1 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 157 |
| 203. Thornburg Intl Value - IRA #2 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 175 |
| 204. Turner Core Growth - IRA #2 | A | Dividend | L | T | | | | | 2008 line 176 |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Turner Small Cap Equity - IRA #2 | | None | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 172 |
| 206. Westcore Intl Frontier - IRA #2 | A | Dividend | K | T | | | | | 2008 line 178 |
| 207. Westcore Mid Cap Value - IRA #2 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 179 |
| 208. Westcore MIDCO Growth - IRA #2 | | None | L | T | | | | | 2008 line 180 |
| 209. William Blair Intl Growth - IRA #2 | A | Dividend | L | T | Buy (add'l) | 04/30/09 | J | | 2008 line 181 |
| 210. William Blair Intl Small Cap Growth - IRA #2 | A | Dividend | K | T | Buy (add'l) | 04/30/09 | J | | 2008 line 182 |
| 211. William Blair Large Cap Growth - IRA #2 | A | Dividend | L | T | | | | | 2008 line 183 |
| 212. William Blair Mid Cap Growth - IRA #2 | | None | J | T | Buy | 04/30/09 | J | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. Government of Israel | A | Interest | J | T | | | | | 2008 line 68 |
| 216. Israel State 15 Yr Dollar Current Income Bond 7th | A | Interest | | | Sold | 5/13/09 | J | A | 2008 line 4 |
| 217. | | | | | | | | | |
| 218. | | | | | | | | | |
| 219. Rental Property: Philadelphia, PA | E | Rent | O | W | | | | | 2008 line 215 |
| 220. Greenspan-Baylson Partnership | A | Int./Div. | K | U | | | | | 2008 line 83 |
| 221. BB Partnership | | None | K | W | | | | | 2008 line 88 |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q Appraisal | R =Cost (Real Estate Only) | S Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Zabecor | | None | K | W | | | | | 2008 line 89 |
| 223. LLR Equity Partners Parallel III | B | Interest | K | U | | | | | 2008 line 224 |
| 224. Planet Data Acq. | | None | K | W | | | | | 2008 Line 90 |
| 225. Menlo Acquisitions Corp. | A | Dividend | K | T | | | | | 2008 Line 42 |
| 226. Advanced Reproductive Care | | None | J | W | | | | | 2008 Line 69 |
| 227. Baumrin et al Partnership | | None | K | W | | | | | 2008 Line 70 |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233 | | | | | | | | | |
| 234. | | | | | | | | | |
| 235 | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 - More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q - Appraisal | R =Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| | U =Book Value | V - Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

I wish to amend my reports:

1. The following positions were sold in prior years but were not listed as sold due to oversight:
   a. MSIF Systematic Active Small (Part VII., Line 109).
   b. MSIF International Magnum (Part VII., Line 110)
   c. Viacom Inc. Class B (Part VII, Line 97)
   d. Motorola Inc. (Part VII, Line 98)

2. The following positions have gone bankrupt and closed in prior years but remained on my statements as empty positions that have no value.
   a. Worldcom Inc., (Part VII., Line 46)
   b. E4L Inc., (Part VII, line 47)

| Name of Person Reporting | Date of Report |
|---|---|
| Baylson, Michael M. | 04/01/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544